United States District Court
Southern District of Texas
**ENTERED**
October 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Casey Book, | § | |
| | § | |
| v. | § | C.A. Action H-22-917 |
| | § | |
| EOG Resources, Inc., | § | |
| | § | |

### ORDER

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed on October 7, 2022, the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 11th day of October, 2022.

_____
DAVID HITTNER
United States District Judge